UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYVION ROSS,<br><br>    Plaintiff,<br><br>    v.<br><br>N. PALACIOS, et al.,<br><br>    Defendants. | Case No. 23-cv-00640-JST<br><br>**ORDER GRANTING NUNC PRO TUNC REQUEST FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY; DENYING AS MOOT REQUEST TO SERVE DISCOVERY REQUEST**<br><br>Re: ECF Nos. 43, 45 |

Plaintiff, an inmate housed at Calipatria State Prison, has filed a *pro se* action pursuant to 42 U.S.C. § 1983. ECF Nos. 1, 8. This order addresses Plaintiff's request for an extension of time to respond to discovery, ECF No. 43, and his request to serve discovery, ECF No. 45.

Good cause being shown, the Court GRANTS *nunc pro tunc* Plaintiff's request for a 60-day extension of time to respond to defendant Juarez's first set of requests for production. ECF No. 43.

The Court DENIES as moot Plaintiff's request to serve a discovery request on Defendants requesting the video interviews and evidence collected as part of the investigation into the April 24, 2021 incident at issue. ECF No. 45. Plaintiff does not require leave of court to serve discovery requests on Defendants. The Court notes that Defendants do not object to producing the non-confidential portions of the investigation. ECF No. 47. Plaintiff has asked the Court to provide him with a status update regarding his request that Defendants provide him with the video interviews and evidence collected as part of the investigation into the April 24, 2021 incident at issue. ECF No. 49. ECF No. 45 does not constitute a discovery request. If Plaintiff seeks to obtain discovery from Defendants, he should serve a discovery request on Defendants. Discovery

requests should not be filed with the Court. *See* Fed. R. Civ. P. 5(d)(1) (listing discovery requests and responses as papers that "must not" be filed with the court until they are used in the proceeding or the court orders otherwise). Discovery requests and responses normally are exchanged between the parties without a copy sent to the court. Both the Northern District of California and the Ninth Circuit Court of Appeals provide guides for *pro se* litigants which may be helpful in conducting discovery. These guides can be accessed at the following URLs: https://cand.uscourts.gov/pro-se-litigants/ and https://www.ca9.uscourts.gov/forms/pro-se-litigants/. Your prison law library may be able to assist you in accessing these guides.

This order terminates ECF Nos. 43, 45.

**IT IS SO ORDERED.**

Dated: September 29, 2025

_____
JON S. TIGAR
United States District Judge